IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BEAU RIDLING RAYBURN**                                                       **PLAINTIFF**

**VERSUS**                                                 **CIVIL ACTION NO.  1:07-cv-989-LG-JMR**

**SHERIFF STEVE GARBER, et al.**                                     **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

**SO ORDERED AND ADJUDGED** this the 7th day of February, 2008.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge